United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stacey Marie Williams  
    Debtor

Case No. 19-14774-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: jch | Page 1 of 1 | Date Rcvd: Aug 22, 2019 |
|---|---|---|---|
| | Form ID: 175 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
db             +Stacey Marie Williams,    609 Wilder Road,    Wallingford, PA 19086-6836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
    MICHAEL ALAN SIDDONS    on behalf of Debtor Stacey Marie Williams msiddons@siddonslaw.com,
     evanfullerlaw@gmail.com;heath@casedriver.com;blake@casedriver.com;dustin@casedriver.com
    REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., as Trustee f/b/o holders of
     Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through
     Certificates, Series 2006-3 bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                  TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stacey Marie Williams
    Debtor(s)

Case No: 19–14774–elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the first installment payment in the amount of $77.50

will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court

on: 9/10/19

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: August 22, 2019

16
Form 175