## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-14774-ELF

STACEY MARIE WILLIAMS

609 WILDER ROAD

WALLINGFORD, PA 19086-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STACEY MARIE WILLIAMS

    609 WILDER ROAD

    WALLINGFORD, PA 19086-

Counsel for debtor(s), by electronic notice only.

    MICHAEL A SIDDONS
    230 N. MONROE STREET
    P.O. BOX 403
    MEDIA, PA 19063-

Date: 10/4/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee