# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-14774-ELF

STACEY MARIE WILLIAMS

609 WILDER ROAD

WALLINGFORD, PA 19086-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    STACEY MARIE WILLIAMS

    609 WILDER ROAD

    WALLINGFORD, PA 19086-

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL A SIDDONS
    230 N. MONROE STREET
    P.O. BOX 403
    MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 11/4/2019

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee