**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **IN RE:**<br>**Stacey Marie Williams**<br>**Debtor** | )Case No. 19-14774-elf<br>)<br>)Chapter 13<br>)<br>)Judge: Erik L. Frank |

### NOTICE OF APLICATION AND RESPONSE DEADLINE

Michael Alan Siddons, Counsel for the Debtor, has filed an Application for Compensation.

YOUR RIGHTS MAY BE AFFFECTED.   YOU SHOULD READ THESE PAPERS

CAREULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE, IN

THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTRORNEY, YOU MAY WISH

TO CONSULT AN ATTORNEY.)

1. If you do not want the Court to grant the relief sought in the Application or if you want

   the Court to Consider your views on the Application, then on or before November 26,

   2019 you or your attorney must do ALL of the following:

   a. File an objection explaining your position at:

      United State Bankruptcy Court
      Eastern District of Pennsylvania
      Robert N. C. Nix, Sr. Federal Courthouse
      9800 Market Street, Suite 400
      Philadelphia, PA 19107

   b. If you mail your objection to the bankruptcy clerk's office for filing, you must

      mail it early enough so that it will be received on or before the date stated above;

      and mail a copy to the Applicant:  Michael Alan Siddons, Esquire, 230 N.

      Monroe Street, Suite A., Media, PA 19063.

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, the Court may enter an Order granting the relief in the Application.

3.  If you require a copy of the Application, a copy will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

Respectfully submitted,

**THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE**

By:   */s/ Michael A. Siddons*
        MICHAEL ALAN SIDDONS, ESQUIRE
        230 N. Monroe Street
        P.O. Box 403
        Media, PA 19063
        (610) 255-7500-*office*
        (610) 514-5904-*facsimile*
        msiddons@siddonslaw.com
        ***Attorney for Debtor***

Dated: November 5, 2019