*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stacey Marie Williams
    Debtor(s)

Case No: 19–14774–elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why
this case should not be dismissed for failure to pay the third installment payment in the amount of $77.50
will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court

on: 11/26/19

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: November 12, 2019

34
Form 175