# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Stacey Marie Williams**                                                                                    Case No.  **19-14774**
                                                                 Debtor(s)                                          Chapter   **13**

## NOTICE OF CONVERSION FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On   **July 30, 2019**  , the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date  **November 25, 2019**                                    Signature  **/s/ Stacey Marie Williams**
                                                                                     **Stacey Marie Williams**
                                                                                     Debtor

Attorney  **/s/ Michael Alan Siddons**
               **Michael Alan Siddons**

**Law Office of Michael Alan Siddons Esq.**
**230 N. Monroe Street**
**PO Box 403**
**Media, PA 19063**
**484-614-6546**

**msidddons@siddonslaw.com**