UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Stacey Marie Williams
Bankruptcy No. 19-14774-elf
Adversary No.
Chapter    13

Date:    12/3/19

To:    Michael Alan Siddons Esq
230 N. Monroe Street
PO Box 403
Media, PA 19063

## NOTICE OF INACCURATE FILING

Re:  Notice to Convert Case From Chapter 13 to Chapter

The above pleading was filed in this office on 11/25/19. Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and/or case number (is) are missing.
- ( )    Wrong PDF document attached
- ( )    PDF document  not legible
- ( )    Notice of Motion/Objection
- ( )    Electronic Signature missing
- (xx)   Other- Notice reads converting from 7 to 13
         ALSO- Fee not paid.

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **C. Wagner**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04