```
                UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                              12/10/19

To:   Michael Alan Siddons Esq
230 N. Monroe Street
PO Box 403
Media, PA 19063
                              In re: Stacey Marie Williams
                              Bankruptcy No. 19-14774-elf
                              Adversary No.
                              Chapter 13

      Re: Application for Compensation
```

The above pleading was filed in this office on 11/5/19 .  Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

```
          ()    Affidavit
          ()    Certificate of Service
          (xx)  Certification of no response
          ()    Notice pursuant to Rule 9019
          ()    Notice pursuant to Rule 2002
          ()    Notice pursuant to Rule 3007.1
          ()    Proof of Claim number not noted on
                   objection pursuant to Rule 3007.1(a)
          ()    Proposed Order
          ()    Stipulation
          ()    Certification of Default
          ()    Other
```

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

```
                              Timothy B. McGrath
                              Clerk


                         By: _____C. Wagner_____
                                  Deputy Clerk
```

status.frm
(rev. 11/26/2018)