## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Stacey Marie Williams**                                  Case No.  **19-14774**
                    Debtor(s)                                     Chapter   **13**

# MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **July 30, 2019**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date **December 11, 2019**            Signature **/s/ Stacey Marie Williams**
                                                 **Stacey Marie Williams**
                                                 Debtor

Attorney **/s/ Michael Alan Siddons**
         **Michael Alan Siddons**

**Law Office of Michael Alan Siddons Esq.**
**230 N. Monroe Street**
**PO Box 403**
**Media, PA 19063**
**484-614-6546**

**msidddons@siddonslaw.com**