**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   STACEY MARIE WILLIAMS   :   Chapter 7
                                 :
         Debtor                  :   Bky. No. 19-14774 ELF

# O R D E R

**AND NOW**, upon consideration of the Debtor's Counsel's Application for Allowance of Supplemental Compensation ("the Application") (Doc. # 27), it is hereby **ORDERED** that the Application is **DENIED**.  See Harris v. Viegelahn, 135 S.Ct. 1829 (2015).

Date: **December 12, 2019**

          **ERIC L. FRANK**
          **U.S. BANKRUPTCY JUDGE**