```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                           Case No. 19-14774-elf
Stacey Marie Williams                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: ChrissyW           Page 1 of 1              Date Rcvd: Dec 12, 2019
                            Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db             +Stacey Marie Williams,    609 Wilder Road,    Wallingford, PA 19086-6836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              MICHAEL ALAN SIDDONS    on behalf of Debtor Stacey Marie Williams msiddons@siddonslaw.com,
               heath@casedriver.com;blake@casedriver.com;becca@casedriver.com;casedriverecf@casedriver.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., as Trustee f/b/o holders of
               Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through
               Certificates, Series 2006-3 bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   STACEY MARIE WILLIAMS   :   Chapter 7
                                 :
         Debtor                  :   Bky. No. 19-14774 ELF

# O R D E R

**AND NOW**, upon consideration of the Debtor's Counsel's Application for Allowance of Supplemental Compensation ("the Application") (Doc. # 27), it is hereby **ORDERED** that the Application is **DENIED**.  See Harris v. Viegelahn, 135 S.Ct. 1829 (2015).

Date: **December 12, 2019**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**