United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stacey Marie Williams  
    Debtor  

Case No. 19-14774-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Mar 09, 2020  
                     Form ID: 211      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.  
db         +Stacey Marie Williams,   609 Wilder Road,   Wallingford, PA 19086-6836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 10 2020 03:09:43  
         Exeter Finance LLC, c/o AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,  
         Oklahoma City, OK 73118-7901  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2020 02:51:28   Synchrony Bank,  
         c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                  TOTAL: 2

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:  
         MICHAEL ALAN SIDDONS   on behalf of Debtor Stacey Marie Williams msiddons@siddonslaw.com,  
         heath@casedriver.com;melodye@casedriver.com;becca@casedriver.com;casedriverecf@casedriver.com  
         REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank N.A., as Trustee f/b/o holders of  
         Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through  
         Certificates, Series 2006-3 bkgroup@kmllawgroup.com  
         TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
                                                                                    TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                  Chapter: 7

    Stacey Marie Williams

Debtor(s)                                                         Case No: 19–14774–elf

_____

*ORDER*

AND NOW, 3/9/20 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 3/23/20 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court