### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 7

Stacey Marie Williams                                     : Case No. 19−14774−elf
        Debtor(s)

### ORDER
_____

     AND NOW, this day , March 23,2020 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Eric L. Frank
Judge , United States Bankruptcy Court